No. 98–8149. ROWE v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 98–8161. BROWN v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 98–8171. HARPER v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 98–8187. MARIN v. DEPARTMENT OF DEFENSE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–8192. JOHNSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–8196. COLLINS v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 3d Cir. Certiorari denied.

No. 98–8225. OGUNDE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–8236. MANNING v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 98–8241. MARTIN v. CITY OF DANVILLE, VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 98–8254. MCKINLEY v. UNITED STATES; and
No. 98–8345. WALKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 160 F. 3d 1078.

No. 98–8276. JAMES v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 98–8286. BRIONES v. UNITED STATES; and
No. 98–8340. BRIONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 165 F. 3d 918.

No. 98–8296. TONUBBEE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 98–8304. WEBB v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.